**Edward F. Vaughn and Jefferson T. Truelock, copartners, trading as Chicago Institute of Accountancy, appellees, v. Alice B. Roemer, appellant. Gen. No. 28,997.**

Action on note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed April 14, 1924.

Myers & Snerly, for appellant. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.